460

*William Claney Smith*, with him *Smith, Smith & Zehner*, for appellant.

*Norman H. Jacobs*, with him *Howard J. Hazlett* and *Hazlett, Gannon, Walter & Jacobs*, for appellee.

. OPINION PER CURIAM, November 15, 1960:
Decree affirmed at appellant's costs.

Spanoudakis, Appellant, *v.* Aluminum Company of America.

Argued September 30, 1960. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Samuel L. Goldstein*, with him *Edward J. Balzarini*, and *Suto, Power, Goldstein & Walsh*, for appellant.

*William H. Eckert*, with him *William K. Unverzagt, Harry S. Flynn, Carl F. Barger*, and *Eckert, Seamans & Cherin*, for appellee.

OPINION PER CURIAM, November 15, 1960:
The judgment of nonsuit is affirmed on the Opinion of Judge MONTGOMERY.

Stormer, Appellant, *v.* Alberts Construction Company.